IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: ) | CASE NO. 10-62857 |
| ) | |
| MONROE L. BEACHY, ) | CHAPTER 7 |
| DBA A&M INVESTMENTS ) | |
| ) | JUDGE RUSS KENDIG |
| Debtor ) | |
| ) | ADVERSARY PROCEEDING |
| _____ ) | NO. |
| ANNE PIERO SILAGY, TRUSTEE ) | |
| 220 Market Avenue South ) | |
| Suite 900 ) | |
| Canton, OH 44702 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| AMISH HELPING FUND ) | |
| c/o Lester M. Beachy, Statutory Agent ) | |
| 3468 Twp. Rd. 166 ) | **COMPLAINT FOR TURNOVER** |
| Sugarcreek, OH 44681 ) | |
| ) | |
| ) | |
| Defendant | |

Now comes Anne Piero Silagy, the Chapter 7 Trustee, by and through counsel, and for her Complaint for relief specifically states:

1. Monroe L. Beachy, dba A&M Investments ("Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on June 30, 2010 with Plaintiff,

Anne Piero Silagy (hereinafter "Trustee") being appointed and is the duly qualified and acting Trustee.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§1334 and 157(b)(2)(A) and (E). This adversary proceeding is a core proceeding pursuant to the provisions of 28 U.S.C. §157.

3. Upon information and belief, Defendant, Amish Helping Fund, is an Ohio not for profit corporation.

4. As of the commencement of the Debtor's bankruptcy case, the Debtor had and maintained certain financial and/or investment accounts in the name of Monroe L. Beachy and/or A&M Investments, at Amish Helping Fund (collectively the "Accounts").

5. Pursuant to 11 U.S.C. §541(a)(1), the Accounts constitute property of the Debtor's bankruptcy to be administered by the Trustee.

6. The Accounts and the funds therein, being property of the Debtor's estate, are to be turned over to the Trustee pursuant to 11 U.S.C. §542(a).

7. Despite requests made by the Trustee, Amish Helping Fund has failed to deliver and turnover to the Trustee the Accounts and the funds therein.

WHEREFORE, the Trustee prays that the Defendant, Amish Helping Fund, be ordered to turnover and deliver to the Trustee the Accounts and the funds therein, together with the costs of this action and for such other and further relief as is just and equitable.

Respectfully submitted,

*/s/ Bruce R. Schrader, II*
Bruce R. Schrader, II - 0039418
ROETZEL & ANDRESS
222 South Main Street
Suite 400
Akron, OH 44308
Telephone: (330) 376-2700
Fax: (330) 376-4577
E-mail: bschrader@ralaw.com

ATTORNEY FOR ANN PIERO SILAGY, TRUSTEE

1690347 \ 079884.1457